UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

TRISTAN WHITE

    Plaintiff,

V.                                                                                    CIVIL ACTION NO
                                                                         8:11-cv-01650-RWT

DIVERSIFIED COLLECTION SERVICES, INC.

  Defendant.                                                                OCTOBER 19, 2011

<u>NOTICE OF DISSMISSAL</u>

The plaintiff through his attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                                                          THE PLAINTIFF

                                                                         BY<u>/S/Bernard T. Kennedy</u>
                                                                         Bernard T. Kennedy, Esquire
                                                                         The Kennedy Law Firm
                                                                         P.O. Box 657
                                                                          Edgewater, MD 21037
                                                                          Ph  (443) 607-8901
                                                                          Fax (443) 607-8903
                                                                          Fed. Bar # Md26843
                                                                          <u>bernardtkennedy@yahoo.com</u>

"APPROVED" THIS 8th DAY of February, 2012

*[signature]*
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE